1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID JOHN ONEAL,

Defendant.

Case No. 22-64 MLP

DETENTION ORDER

Defendant David John Oneal is charged, in the Western District of Texas, with four counts of wire fraud in violation of 18 U.S.C. § 1343 and two counts of aggravated identify theft in violation of 18 U.S.C. § 1028A. On February 17, 2022, the Court held a detention hearing pursuant to 18 U.S.C. § 3142(f) and, based upon the reasons for detention stated on the record and set forth below, the Court finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Mr. Oneal stipulated to detention.

2.    Mr. Oneal poses a risk of nonappearance due to alleged use of false identification and allegations of flight to two foreign countries. Mr. Oneal poses a risk of financial danger due to the nature of the crimes charged and history of similar

conduct.

3. Based on these findings, and for the reasons stated on the record, there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Mr. Oneal as required or ensure the safety of the community, pending his initial appearance in the Western District of Texas.

IT IS THEREFORE ORDERED:

(1) Mr. Oneal shall be detained pending initial appearance in the Western District of Texas and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Oneal shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Oneal is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Oneal, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 17th day of February, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge